CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2007, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT to be served via first-class mail, postage prepaid, on the following:

HISSEY KIENTZ, LLP
Troy D. Chandler
David L. Friend
Patrick O. Hotze
9442 Capital of Texas Highway North
Suite 400
Austin, Texas 78759

The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on June 19, 2007

/s/
Sarah A. Binder